IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-CR-00113-RJC-DCK

| USA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| KARON GOLIGHTLY | ) | |
| | ) | |

**THIS MATTER** is before the Court upon the government's motion to dismiss the indictment without prejudice upon the death of the defendant, who was awaiting sentencing. (Doc. No. 26).

**IT IS, THEREFORE, ORDERED** that the indictment, (Doc. No. 1), is **DISMISSED** without prejudice.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: June 15, 2021

_____
Robert J. Conrad, Jr.
United States District Judge